| | | | |
|---|---|---|---|
| Council Rock School Dist., In re; LMC Properties, Inc., In re | 08/26/2015 213 MAL (2015) | Denied | Pa.Cmwlth., 108 A.3d 201 |
| Department of Environmental Protection v. Hatfield Tp. Mun. Authority; Chalfont-New Britain Tp. Joint Sewage Authority v. Com.; Dept. of Environmental Protection, In re; Landsdale v. Department of Environmental Protection | 08/31/2015 69–72 MAL (2015) | Denied | Pa.Cmwlth., 105 A.3d 856 |
| Dorsey v. Public Utility Com'n | 08/31/2015 219 EAL (2015) | Denied | |
| Fayette Resources, Inc. v. Fayette County Bd. of Assessment Appeals | 08/31/2015 31 WAL (2015) | Denied | Pa.Cmwlth., 107 A.3d 839 |
| Gay v. Kinsley | 08/31/2015 168 WAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 816 |
| Interforest Corp. v. W.C.A.B. (Phillips) | 08/21/2015 173 MAL (2015) | Denied | |
| Lichtman v. Glazer; Lichtman v. Vignola; Lichtman v. Williams | 09/23/2015 366, 369, 370 EAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 1225 |